NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**ALEXSAM, INC.,**
*Plaintiff-Cross Appellant,*

v.

**IDT CORPORATION,**
*Defendant-Appellant.*

---

2012-1063, -1064

---

Appeals from the United States District Court for the Eastern District of Texas in case no. 07-CV-0420, Magistrate Judge Charles Everingham.

---

**ON MOTION**

---

**ORDER**

Alexsam Inc. moves without opposition for a 7-day extension of time, until September 11, 2012, to file its reply brief. IDT Corporation moves without opposition for a 14 day extension of time, until September 25, 2012, to file the appendix.

Upon consideration thereof,

IT IS ORDERED THAT:

The motions are granted.

FOR THE COURT

__SEP 0 7 2012__                    /s/ Jan Horbaly
Date                               Jan Horbaly
                                   Clerk

cc: Timothy P. Maloney, Esq.
    Glen E. Summers, Esq.

s21

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

SEP 0 7 2012

JAN HORBALY
CLERK